

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00019-CV
_____

IN THE INTEREST OF D.S., A CHILD

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2013-509,547, Honorable J. Phillip Hays, Presiding

March 3, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Tobey Scott, appeals from the trial court's order in a suit to modify the parent-child relationship. Now pending before this Court is appellant's motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because there is no agreement between the parties as to the payment of

costs, costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam